UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAS MUNOZ, | 19-CV-11907 (DAB) |
| Movant, | 17-CR-0662-4 (DAB) |
| -against- | ORDER DIRECTING ORIGINAL SIGNATURE |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

DEBORAH BATTS, United States District Judge:

Movant brings this action *pro se*. Movant submitted the motion without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

## CONCLUSION

Movant is directed to resubmit the signature page of the motion with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

The Clerk of Court is directed to mail a copy of this order to Movant and note service on the docket.

SO ORDERED.

Dated: January 8, 2020
New York, New York

*Deborah A. Batts*
DEBORAH A. BATTS
United States District Judge

AO 243 (Rev. 01/15)

Page 13

Therefore, movant asks that the Court grant the following relief: VACATE CONVITION

or any other relief to which movant may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____
(month, date, year)

Executed (signed) on _____ (date)

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.